ARNOLD H. WUHRMAN, State Bar #180478
THE WUHRMAN LAW FIRM
12375 Mt. Jefferson Terrace, #8J
Lake Oswego, Oregon 97035
Telephone:  (951) 304-3720
Facsimile:  (951) 848-9340
E-Mail:    arnold@wuhrmanlaw.com

Attorney for NAOMI AUGUSTINE,
a minor by and through her guardian
ad litem, RAJ AUGUSTINE, Plaintiff

UNITED STATES BANKRUPTCY COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

Riverside Division

| | |
|---|---|
| In re<br><br>ANN CAPRI AUGUSTINE,<br><br>    Debtor.<br><br>―――――――――――――――――<br><br>NAOMI AUGUSTINE, a minor by and through her guardian ad litem, RAJ AUGUSTINE,<br><br>    Plaintiff,<br><br>  v.<br><br>ANN CAPRI AUGUSTINE,<br><br>    Defendant. | Chapter 7<br><br>Case No. 6:23-bk-13200-WJ<br><br>Adv. Proc. No.: 6:23-ap-01108-WJ<br><br>**STIPULATION AND JOINT MOTION FOR CONTINUANCE OF STATUS CONFERENCE; DECLARATION OF ARNOLD H. WUHRMAN**<br><br><u>Status Conference Currently Scheduled For</u>:<br>Date:  August 29, 2024<br>Time:  1:30 PM<br><br><u>Requested To Be Rescheduled To</u>:<br>Date:  September 12, 2024<br>Time:  1:30 PM<br>Ctrm:  304, 3rd Floor<br>       3420 Twelfth Street<br>       Riverside, CA 92501 |

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

Plaintiff NAOMI AUGUSTINE, a minor by and through her guardian ad litem, RAJ AUGUSTINE ("Plaintiff"), and defendant ANN CAPRI AUGUSTINE ("Defendant"), by and through their undersigned counsel, hereby stipulate to, and move the Court for, a continuance of the status conference now scheduled to be held in the above-captioned adversary proceeding on August 29, 2024, at 1:30 PM (the "Status Conference").  In support of said stipulation and joint motion, the parties represent to the Court as follows:

/ / /

1. By a "Scheduling Order" entered by the Court on July 11, 2024 (the "Scheduling Order"), the undersigned "counsel of record [were ordered to] appear in person in the courtroom" for the August 29, 2024 status conference, with "[no] appearances by telephone, video or special appearance counsel . . . permitted . . . ."

2. The Court further stated in the Scheduling Order, however, that "[t]he parties may stipulate to continue the status conference by a week or two if a different date is more convenient for personal appearances in court."

3. In fact, Defendant's counsel, Mr. Cohen, has previously-scheduled appearances he has to make in other divisions of this Court which make it a practical impossibility for him to appear in person in this matter on either August 29, 2024 and September 5, 2024.

4. Accordingly, the parties have agreed to, and so hereby move the Court for, a continuance of the Status Conference to September 12, 2024, at 1:30 PM.

WHEREFORE, Plaintiff and Defendant pray that the Court continue the Status Conference from August 29, 2024 at 1:30 PM to September 12, 2024 at 1:30 PM, and that the Court provide all other just and proper relief.

Dated: July 25, 2024                                  THE WUHRMAN LAW FIRM


By:  */s/ Arnold H. Wuhrman*
     Arnold H. Wuhrman
     Attorney for NAOMI AUGUSTINE,
     a minor by and through her guardian
     ad litem, RAJ AUGUSTINE, Plaintiff

LAW OFFICE OF BARUCH C. COHEN
A Professional Law Corporation


By  *[Facsimile Signature Attached]*
     Baruch C. Cohen, Esq.
     Attorney For Defendant ANN CAPRI
     AUGUSTINE

through their undersigned counsel, hereby stipulate to, and move the Court for, a continuance of the status conference now scheduled to be held in the above-captioned adversary proceeding on August 29, 2024, at 1:30 PM (the "Status Conference"). In support of said stipulation and joint motion, the parties represent to the Court as follows:

1. By a "Scheduling Order" entered by the Court on July 11, 2024 (the "Scheduling Order"), the undersigned "counsel of record [were ordered to] appear in person in the courtroom" for the August 29, 2024 status conference, with "[no] appearances by telephone, video or special appearance counsel . . . permitted . . . ."

2. The Court further stated in the Scheduling Order, however, that "[t]he parties may stipulate to continue the status conference by a week or two if a different date is more convenient for personal appearances in court."

3. In fact, Defendant's counsel, Mr. Cohen, has previously-scheduled appearances he has to make in other divisions of this Court which make it a practical impossibility for him to appear in person in this matter on either August 29, 2024 and September 5, 2024.

4. Accordingly, the parties have agreed to, and so hereby move the Court for, a continuance of the Status Conference to September 12, 2024, at 1:30 PM.

WHEREFORE, Plaintiff and Defendant pray that the Court continue the Status Conference from August 29, 2024 at 1:30 PM to September 12, 2024 at 1:30 PM, and that the Court provide all other just and proper relief.

Dated: July 25, 2024

THE WUHRMAN LAW FIRM

By: /s/ Arnold H. Wuhrman
Arnold H. Wuhrman
Attorney for NAOMI AUGUSTINE, a minor by and through her guardian ad litem, RAJ AUGUSTINE, Plaintiff

LAW OFFICE OF BARUCH C. COHEN
A Professional Law Corporation

By /s/ Baruch C. Cohen
Baruch C. Cohen, Esq.
Attorney For Defendant ANN CAPRI AUGUSTINE

2

## **DECLARATION OF ARNOLD H. WUHRMAN**

I, Arnold H. Wuhrman, declare as follows:

1. I am over the age of eighteen (18) and of sound mind. If called upon to do so, I could and would testify to the following, all of which is within my personal knowledge unless otherwise stated.

2. I am counsel of record for the plaintiff, NAOMI AUGUSTINE, a minor by and through her guardian ad litem, RAJ AUGUSTINE ("Plaintiff"), in the above-captioned action.

3. I am in receipt of the Court's Scheduling Order entered on July 11, 2024, setting a status conference in this litigation on August 29, 2024, at 1:30 PM (the "Scheduling Order").

4. Among other things, the Scheduling Order also provides that:

   a. "All counsel of record are to appear in person in the courtroom[, . . . and no] appearances by telephone, video or special appearance counsel are permitted . . . [;]" and

   b. "The parties may stipulate to continue the status conference by a week or two if a different date is more convenient for personal appearances in court."

5. Counsel for the defendant, ANN CAPRI AUGUSTINE ("Defendant"), and I have conferred about the contents of the Scheduling Order and the scheduling of the Status Conference.

6. Defendant's counsel, Mr. Cohen, has informed me that, in fact, he has previously-scheduled appearances to make in other divisions of this Court on both August 29, 2024 and September 5, 2024. Accordingly, appearing in person in this action on either August 29, 2024 or September 5, 2024 would be a practical impossibility for Mr. Cohen.

7. Mr. Cohen and I have agreed, therefore, subject to the Court's approval, that the Status Conference should be rescheduled to September 12, 2024, at 1:30 PM.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this declaration at Lake Oswego, Oregon, on July 25, 2024.

                                        */s/ Arnold H. Wuhrman*
                                        Arnold H. Wuhrman

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**12375 Mt. Jefferson Terrace, Apt. 8J
Lake Oswego, OR 97035.**

A true and correct copy of the foregoing document entitled (*specify*): _____
**STIPULATION AND JOINT MOTION FOR CONTINUANCE OF STATUS CONFERENCE; DECLARATION OF
ARNOLD H. WUHRMAN**
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **07/25/2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**CHAPTER 7 TRUSTEE:**
Arturo Cisneros (TR)
amctrustee@mclaw.org,
acisneros@iq7technology.com;
ecf.alert+Cisneros@titlexi.com

**UNITED STATES TRUSTEE:**
United States Trustee (RS)
ustpregion16.rs.ecf@usdoj.gov

**CHAPTER 7 TRUSTEE'S COUNSEL:**
Joseph E Caceres
jec@locs.com
generalbox@locs.com

**DEFENDANT'S COUNSEL:**
Baruch C Cohen
bcc@BaruchCohenEsq.com,
paralegal@baruchcohenesq.com

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) **07/25/2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**JUDGE:**
Hon. Wayne Johnson
United States Bankruptcy Judge
3420 Twelfth Street, Suite 384
Riverside, CA 92501-3819

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **07/25/2024**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
**Plaintiff -- via confidential email.**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | | |
|---|---|---|---|
| As to Mailing: 07/25/2024 | Arnold H. Wuhrman | | /s/ Arnold H. Wuhrman |
| As to E-Filing: 07/25/2024 | Arnold H. Wuhrman | | /s/ Arnold H. Wuhrman |
| Date | Printed Name | | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                F 9013-3.1.PROOF.SERVICE